CRIMINAL CAUSE FOR JURY TRIAL

**BEFORE: AMON, J**          **DATE: 4/9/2024**
DOCKET #: CR22-00208          **TIME: 9:30a.m.-5:30p.m.**

DEFENDANT: Antony Abreu(2)- c      ATTORNEY: Susan Gail Kellman, Esq. &
                                                                Eylan Schulman, Esq.

ASSISTANT U.S. ATTORNEY(S): Devon Lash, Eric W. Silverberg & Gabriel Park
COURT REPORTER: Sophie Nolan
INTERPRETER:                           DEPUTY CLERK: **T. Campbell**

✓ Case Called.

✓ Jury Selection held on 4/8/24. _____ Jury Selection adjourned to

_____ Voir Dire begins.       ✓ Jurors sworn

✓ Government opens       ✓ Defendant(s) open

✓ Jury Trial held.            _____ Jury Trial resumes

- Jurors sworn and advised.
- Government opened.
- Defense opened.
- Detective Lyheem Oliver sworn & examined.
- Jingwen Ji sworn & examined.
- Gilad Coren sworn & examined.
- Police Officer Daniel Mirabile sworn & examined.
- Michael Galgane sworn & examined.
- Robert Crozier sworn & examined.
- Emily Hinson sworn & examined.
- Correctional Officer Justin Lopez sworn & examined.
- John Rubino sworn & examined.

_____ Jury Trial ends.

_____ Guilty Verdict on Count(s) one (1) of Indictment.

_____ Not Guilty Verdict on Count(s)

_____ Referred to Probation Department for PSI.

_____ Presentence Investigation waived.

_____ Defendant(s) remanded.

_____ Defendant(s) continued on bail.