CRIMINAL CAUSE FOR JURY TRIAL

**BEFORE: AMON, J**      **DATE: 4/10/2024**
DOCKET #: CR22-00208      **TIME: 9:30a.m.-5:30p.m.**

DEFENDANT: Antony Abreu(2)- c      ATTORNEY: Susan Gail Kellman, Esq. &
     Eylan Schulman, Esq.

ASSISTANT U.S. ATTORNEY(S): Devon Lash, Eric W. Silverberg & Gabriel Park
COURT REPORTER: Sophie Nolan
INTERPRETER:      DEPUTY CLERK: **T. Campbell**

__✓__ Case Called.

_____ Jury Selection held.      _____ Jury Selection adjourned to

_____ Voir Dire begins.      _____ Jurors sworn

_____ Government opens      _____ Defendant(s) open

_____ Jury Trial held.      __✓__ Jury Trial resumes

- Jon Diver sworn & examined.
- You You sworn & examined.
- Trial adjourned to 4/11/24 at 9:30am.

_____ Jury Trial ends.

_____ Guilty Verdict on Count(s) one (1) of Indictment.

_____ Not Guilty Verdict on Count(s)

_____ Referred to Probation Department for PSI.

_____ Presentence Investigation waived.

_____ Defendant(s) remanded.

_____ Defendant(s) continued on bail.